# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Torres, | No. CV-18-00321-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| DNC Services Corporation, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (Doc. 20),

**IT IS ORDERED** dismissing this case, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** vacating the Rule 16 conference set for April 19, 2018.

Dated this 16th day of April, 2018.

James A. Teilborg
Senior United States District Judge